*FLND Form 245B (rev 12/2003) Judgment in a Criminal Case*  *Page 1 of 4*
*3:05cr79-001LAC - JESUS ALEJANDRO MOLINA-VELAZQUEZ a/k/a David Morales*

# UNITED STATES DISTRICT COURT
# NORTHERN DISTRICT OF FLORIDA
# PENSACOLA DIVISION

**UNITED STATES OF AMERICA**

-vs-                                                Case # 3:05cr79-001LAC

**JESUS ALEJANDRO MOLINA-VELAZQUEZ**
**a/k/a David Morales**

USM # 06225-017

**Defendant's Attorney:**
**Robert Dennis (AFPD)**
3 West Garden Street, Suite 200
Pensacola, Florida  32502

## JUDGMENT IN A CRIMINAL CASE

The defendant pled guilty to Count One of the Indictment on September 28, 2005. Accordingly, **IT IS ORDERED** that the defendant is adjudged guilty of such count which involves the following offense:

| TITLE/SECTION NUMBER | NATURE OF OFFENSE | DATE OFFENSE CONCLUDED | COUNT |
|---|---|---|---|
| 18 U.S.C. § 1546(a) | Possession of a Counterfeit Alien Registration Card | July 28, 2005 | One |

The defendant is sentenced as provided in the following pages of this judgment. The sentence is imposed pursuant to the Sentencing Reform Act of 1984, including amendments effective subsequent to 1984, and the Sentencing Guidelines promulgated by the U.S. Sentencing Commission.

**IT IS FURTHER ORDERED** that the defendant shall notify the United States attorney for this district within 30 days of any change of name, residence, or mailing address until all fines, restitution, costs and special assessments imposed by this judgment are fully paid.

Date of Imposition of Sentence:
December 13, 2005



LACEY A. COLLIER
SENIOR UNITED STATES DISTRICT JUDGE

December **27**, 2005



FLND Form 245B (rev 12/2003) Judgment in a Criminal Case
3:05cr79-001LAC - JESUS ALEJANDRO MOLINA-VELAZQUEZ a/k/a David Morales

Page 2 of 4

## IMPRISONMENT

The defendant is hereby committed to the custody of the United States Bureau of Prisons to be imprisoned for a term of **Time Served as to Count One**.

The defendant is remanded to the custody of the United States Marshal.

## RETURN

I have executed this judgment as follows:

_____

_____

_____

_____

Defendant delivered on _____ to _____

at _____, with a certified copy of this judgment.

_____
UNITED STATES MARSHAL

By:_____
Deputy U.S. Marshal

FLND Form 245B (rev 12/2003) Judgment in a Criminal Case
3:05cr79-001LAC - JESUS ALEJANDRO MOLINA-VELAZQUEZ a/k/a David Morales

Page 3 of 4

## SUPERVISED RELEASE

Upon release from imprisonment, supervised release is **Waived**.

FLND Form 245B (rev 12/2003) Judgment in a Criminal Case
3:05cr79-001LAC - JESUS ALEJANDRO MOLINA-VELAZQUEZ a/k/a David Morales

Page 3 of 4

*FLND Form 245B (rev 12/2003) Judgment in a Criminal Case*
*3:05cr79-001LAC - JESUS ALEJANDRO MOLINA-VELAZQUEZ* a/k/a David Morales

*Page 4 of 4*

## SPECIAL MONETARY ASSESSMENT

A special monetary assessment of $100.00 is remitted. (At sentencing Government orally moved for Court to remit SMA)

No fine imposed.
No restitution imposed.